## CAUSE NO. 2014-40158

| | | |
|---|---|---|
| CRISTOBAL MORALES<br>*Plaintiff* | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| *VS.* | §<br>§<br>§<br>§ | HARRIS COUNTY, TEXAS |
| KINDRED HEALTHCARE, INC.<br>*Defendant* | §<br>§<br>§<br>§ | 189TH JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/6/2015 2:16:22 PM
CHRISTOPHER A. PRINE
Clerk

### DEFENDANTS' REQUEST TO THE COURT REPORTER TO PREPARE THE REPORTER'S RECORD

TO: AMANDA KING, Official Court Reporter of the 189th Judicial District Court, Harris County, Texas.

Defendants, KINDRED HEALTHCARE, INC. and TRIUMPH HOSPITAL OF EAST HOUSTON, L.P. d/b/a KINDRED HOSPITAL OF CLEAR LAKE, now Appellants, request pursuant to Tex. R. App. P. 34.6(b) the Court Reporter to prepare, for inclusion in the Reporter's Record of these proceedings, and include the following:

1. Transcript of the oral hearing on Defendants' Motion to Dismiss held on September 14, 2015;

Respectfully submitted,

**BRENNIG & ASSOCIATES, P.C.**

By: _____
CHARLES C. BRENNIG III
State Bar No. 00783719
RICHARD M. SCHREIBER
State Bar No. 24056278
1700 Post Oak Blvd.
2 BLVD Place, Suite 600
Houston, TX  77056
Telephone:　(713) 622-5900
Facsimile:　(713) 622-5910
**ATTORNEYS FOR
DEFENDANTS/APPELLANTS,
KINDRED HEALTHCARE, INC. AND
TRIUMPH HOSPITAL OF EAST
HOUSTON, L.P. d/b/a KINDRED
HOSPITAL OF CLEAR LAKE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Defendants' Request to the Court Reporter to Prepare the Reporter's Record* has been served on Plaintiff's counsel pursuant to Rule 9.5 of the Texas Rules of Appellate Procedure on this the 2nd day of October, 2015:

Anthony G. Buzbee
600 Travis, Suite 7300
Houston, Texas 77002
*Via Facsimile 713-223-5909*

Sean E. O'Rourke
SIMON-O'ROURKE, P.C.
11550 Fuqua, Ste. 360
Houston, Texas 77034
*Via Facsimile (281) 823-7482*

CHARLES C. BRENNIG III